# EXHIBIT C

# Copy of official registry of stock transactions showing Sigma (66%) and Horizon (34%) ownership as Founders of JSC "SOVEX".

## Совэкс (Совэксна Невском), ЗАО

ЗАРЕГИСТРИРОВАНО

"____"_____1998 г.

Региональное отделение

Санкт-Петербургское

ФКЦБ РОССИИ

_____ А.В. Буин

М.П.

О Т Ч Е Т

ОБ ИТОГАХ ВЫПУСКА ЦЕННЫХ БУМАГ

ЗАКРЫТОЕ АКЦИОНЕРНОЕ ОБЩЕСТВО " СОВЭКС "

ОБЫКНОВЕННЫЕ ИМЕННЫЕ АКЦИИ ДОКУМЕНТАРНОЙ ФОРМЫ

ГОСУДАРСТВЕННЫЙ РЕГИСТРАЦИОННЫЙ НОМЕР ВЫПУСКА **72 - 1 - 5060**

Дата государственной регистрации выпуска "01" июля 1996 г.

Утвержден решением Общего Собрания акционеров ЗАО " СОВЭКС " " 03 " декабря 1998 г. Протокол № б/н.

Место нахождения, почтовый адрес эмитента и контактные телефоны :
Россия,  191025 , Санкт-Петербург, Невский проспект , д.100 , кв. 4.
Тел : 219-41-90.

Генеральный директор     _____     / В.М. Им /

Главный бухгалтер     _____     / Березкина Л.П./

" 03 "  декабря 1998 г.     М.П.

6

1. Дата распределения акций - 11.07.95 г.
2. Номинальная стоимость каждой акции - 1 000 ( Одна тысяча ) ( не деноминированных ) рублей , с учетом деноминации 1 ( Один ) рубль .

3. Количество размещенных акций - 49 000 ( Сорок девять тысяч ) штук обыкновенных именных акций.

4. Цена размещения ценных бумаг - 1 000 ( Одна тысяча ) ( не деноминированных ) рублей , с учетом деноминации 1 ( Один ) рубль .

5. Общая сумма ( стоимость ) имущества в рублях ( в том числе денежные средства в рублях , сумма иностранной валюты по курсу Центрального банка Российской Федерации на момент внесения и стоимость иного имущества ) , внесенного в оплату размещенных ценных бумаг - 49.000.000 ( Сорок девять миллионов ) ( не деноминированных ) рублей, с учетом деноминации 49 000 ( Сорок девять тысяч ) рублей, а также общая сумма ( стоимость) имущества в рублях ( в том числе денежные средства в рублях , сумма иностранной валюты по курсу Центрального банка Российской Федерации на дату утверждения отчета об итогах выпуска ценных бумаг и стоимость иного имущества ) , подлежащего внесению в оплату размещенных ценных бумаг в соответствии с договором о создании акционерного общества - 49.000.000 ( Сорок девять миллионов ) ( не деноминированных ) рублей , с учетом деноминации 49 000 ( Сорок девять тысяч ) рублей.
Сумма денежных средств в рублях , внесенная в оплату размещенных акций - 49.000.000 ( Сорок девять миллионов ) ( не деноминированных ) рублей , с учетом деноминации 49 000 ( Сорок девять тысяч ) рублей и сумма , подлежащая внесению в оплату размещенных ценных в соответствии с договором о создании акционерного общества - 49.000.000 ( Сорок девять миллионов ) ( не деноминированных ) рублей , с учетом деноминации 49 000 ( Сорок девять тысяч ) рублей.
Сумма иностранной валюты , выраженная в рублях по курсу Центрального банка Российской Федерации на момент внесения , внесенная в оплату размещенных акций - нет , а также сумма иностранной валюты , выраженная в рублях по курсу Центрального банка Российской Федерации на дату утверждения отчета об итогах выпуска ценных бумаг , подлежащая внесению в оплату размещенных ценных бумаг в соответствии с договором о создании акционерного общества - нет.
Стоимость иного имущества , внесенного в оплату размещ************************************************************************************
********************************************************************************************
********************************************************************************************
********************************************************************************************
*******************************************e8и акционерного общества - нет .

6. Акционеры, владеющие не менее 2 % обыкновенных акций :

**АОЗТ " СИГМА "** -32 340 ( Тридцать две тысячи триста сорок ) штук - 66%;

**Международное торговое акционерное общество Хоризон Интернешнл Трэйдинг ЛТД** - 16 660 (Шестнадцать тысяч шестьсот шестьдесят) штук - 34%.

7. Совет Директоров ЗАО " СОВЭКС " не избирался.

8. Коллегиальный исполнительный орган ЗАО " СОВЭКС " не создавался.

7

9. Лицо, осуществляющее функции единоличного исполнительного органа - Им Василий Михайлович – Генеральный директор ЗАО " СОВЭКС ", в других организациях должностей не имеет, акциями Общества-эмитента не владеет.

SOVEX (Soveksna Nevsky), Inc.

Совэкс (Совэксна Невском)

Полное наименование: Закрытое акционерное общество "Совэкс"

Сокращенное наименование: ЗАО "Совэкс" на Невском

ИНН: 7813031424

Код эмитента: 04124-J

Место нахождения: 191025, Санкт-Петербург, Невский пр., д. 100, кв. 4

Почтовый адрес: 191025, Санкт-Петербург, Невский пр., д. 100, кв. 4

Телефон: 219-41-90

*Выпуски ценных бумаг*

| Номинал | Количество бумаг | Гос. регистрация | Способ размещения | Период/дата размещения | Текущее состояние | Фактически размещено | р |
|---|---|---|---|---|---|---|---|
| **I. Акции обыкновенные** | | | | | | | |
| 1 | 49000 | 01.07.1996 72-1-5060 | приобретение акций учредителями общества | 11.07.1995 | размещение завершено | 49000 | |

Отчет об итогах выпуска

8

English Translation

REGISTERED

"____", The _____ 1998
St. Petersburg
Regional Office
FSC RUSSIA

A. _____ Buin

MP

# О Т Ч Е Т

### ABOUT THE OUTCOME OF ISSUE OF SECURITIES

Close corporation "SOVEX"

Ordinary registered shares of   the documentary form

STATE REGISTRATION NUMBER ISSUE **72 - 1 - 5060**

Date of state registration of the   "01"  July  1996

Approved  by the General Meeting of Shareholders   of JSC "SOVEX"  "03" December 1998
Minutes № b / n.

Location, postal address and contact telephone numbers:
Russia,   191025, St. Petersburg, Nevsky Prospect  , 100, app. 4.
Tel: 219-41-90.

Director General                          _____              / VM His /

Chief Accountant                          _____             / Berezkina LP /

"03"   in December 1998                                             , MP

  1. Date of allotment of shares - 11/07/95, the

9

2. Nominal value of shares - 1 000 (one one thousand ) (not denominated) rubles, including the denomination 1 ( one) ruble.

3. Number of shares - 49,000 (forty-nine thousand) ordinary registered shares.

4. offering price of securities - 1,000 (One one thousand ) (not denominated) rubles, including the denomination 1 (one) ruble.

5. Total amount (value) of assets in rubles (including cash in rubles, the amount of foreign currency at the exchange rate of the Central Bank of the Russian Federation at the time of making and the value of a property), introduced for placed securities - 49.000.000 (forty nine million ) (non- denominated ) rubles, including denomination 49,000 (forty-nine thousand ) rubles , as well as the total amount (value) of assets in rubles (including cash in rubles, the amount of foreign currency at the exchange rate of the Central Bank of the Russian Federation on the date approval of the report of the issue of securities and the value of other assets) to be used as payment of placed securities in accordance with the agreement on the establishment of joint stock company - 49.000.000 (Forty-nine million ) (non- denominated ) rubles, including denomination 49,000 (Forty nine thousand ) rubles.

The amount of money in rubles, paid in for placed shares - 49.000.000 (Forty-nine million ) (non- denominated ) rubles, including denomination 49,000 (forty-nine thousand ) rubles , and the amount to be used as payment of issued under the contract the establishment of the Company - 49.000.000 (forty nine million ) (non -denominated ) rubles, including denomination 49,000 (forty-nine thousand ) rubles.
The amount of foreign currency expressed in rubles at the Central Bank of the Russian Federation at the time of making, paid for placed shares - not as well as the amount of foreign currency denominated in rubles at the Central Bank of the Russian Federation on the date of approval of the report on the issue of securities, be recorded in the payment of outstanding securities in accordance with the agreement on the establishment of the company - no.
Value of other assets, as payment company - no.

6. Shareholders holding not less than 2% of the ordinary shares:
**JSC "SIGMA"** -32 340 (thirty-two thousand three hundred and forty) shares - 66%;
**International Trade Company Horizon International Trading Ltd** - 16,660 (sixteen thousand six hundred sixty) shares - 34%.

7. Board of Directors of JSC "SOVEX" not elected.

8. collegial executive body of JSC "SOVEX" was not created.

9. Individual acting as sole executive body - They Vasily Mikhailovich - Director General of JSC "SOVEX" positions in other organizations has no shares of the Company, the Issuer does not own.

10

http://www.lin.ru/db/emitent/A7C011C2FF89EB8CC3256D3B0050233C/discl_org.html

## SOVEX (Soveksna Nevsky)

Full name: **Closed Joint Stock Company "Sovex"**
Short name: **JSC "Sovex" on Nevsky**
INN: **7813031424**
Issuer Code: **04124-J**
Location: **191025, St. Petersburg, Nevsky Prospect, 100 square meters. 4**
Postal address: **191025, St. Petersburg, Nevsky Prospect, 100 square meters. 4**
Phone: **219-41-90**

Issues of securities

| Rating | Number of securities | State. registration | Method of placement | Period / date of placement | Current state | Actually taken | Date of registration of the report |
|---|---|---|---|---|---|---|---|
| 1. Ordinary ||||||||
| 1 | 49000 | 01.07.1996 72-1-5060 | acquisition of shares of the founders of the society | 11.07.1995 | placement completed | 49000 | |
| Report on the results of |||||||| 

11